IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MARY L. WATTS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. CCB-98-1430 |
| FRESENIUS USA, Inc. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Stipulation to Extend Discovery Deadline and all parties having agreed, it is this 16th day of June, 2000, hereby;

ORDERED, that the Stipulation to Extend Discovery Deadline is hereby **GRANTED** and that discovery of Plaintiff, Plaintiff's causation expert, Defendant, and Defendant's causation expert must be completed by September 1, 2000.

_____
Judge,
United States District Court for the
District of Maryland

